# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES F. DEMETRIUS, | ) |
| Petitioner, | ) |
| vs. | ) CIV. ACT. 1:20-cv-0430-TFM-B |
| MARY COOKS, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION AND ORDER

On September 15, 2020, the Magistrate Judge entered a report and recommendation which recommends this habeas corpus petition be consolidated with his earlier filed habeas action, Civ. Act. No. 1:20-cv-136-TFM-N.  *See* Doc. 6.  No objections were filed and mail being sent to the Petitioner was returned as undeliverable.  *See* Docs. 7, 8.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.  This action is **CONSOLIDATED** with Civ. Act. No. 1:20-cv-136-TFM-N.  All documents and pleadings are to be filed in 1:20-cv-136-TFM-N from this date forward.

The Clerk of Court is **DIRECTED** to duplicate all documents filed in this matter to the docket sheet for Civ. Act. No. 1:20-cv-136-TFM-N and is further **DIRECTED** to place this case on the administratively closed docket.

**DONE** and **ORDERED** this 2nd day of November, 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE