IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES FREDDIE DEMETRIUS,** <br> AIS # 311580, <br><br> Petitioner, <br><br> v. <br><br> **MARY COOK,** *Warden*, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIV. ACT. NO. 1:20-cv-136-TFM-N <br> ) <br> ) <br> ) <br> ) <br> ) |
| **JAMES F. DEMETRIUS,** <br> AIS # 311580, <br><br> Petitioner, <br><br> v. <br><br> **MARY COOK,** <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIV. ACT. NO. 1:20-cv-430-TFM-N <br> ) <br> ) <br> ) <br> ) <br> ) |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this consolidated action brought under 28 U.S.C. § 2241 is **DISMISSED without prejudice**. Further the Court determines that Petitioner is not entitled to a Certificate of Appealability and, therefore, is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 16th day of November, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE